UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82179-CV-MIDDLEBROOKS/Reinhart

THOMAS CASSADY,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court upon Magistrate Judge Bruce E. Reinhart's Report and Recommendation ("Report"), issued on February 21, 2023. (DE 25). The Report recommends granting Plaintiff's Motion for Summary Judgment (DE 20), denying Defendant's Motion for Summary Judgment (DE 23), and reversing and remanding the Commissioner's decision. The Report further recommends that if Plaintiff ultimately prevails after remand, he must file any motion for attorneys' fees under Section 406(b) within 14 days of an Awards Notice awarding benefits.

The deadline to file objections to the Report elapsed on March 8, 2023. No objections have been made to date. After a careful review of Judge Reinhart's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 25) is **ADOPTED**.

(2) Plaintiff's Motion for Summary Judgment (DE 20) is **GRANTED.**

(3) Defendant's Motion for Summary Judgment (DE 23) is **DENIED.**

(4) The Commissioner's decision is **REVERSED AND REMANDED.** Consistent with the Report, the ALJ is instructed to conduct a supplemental hearing to provide Mr. Cassady the opportunity to cross-examine Dr. Arumugam or otherwise challenge the findings in his post-hearing reports.

(5) If Mr. Cassady ultimately prevails after remand, he must file any motion for attorneys' fees under Section 406(b) within 14 days of an Awards Notice awarding benefits.

(6) Final Judgment will be entered by separate order.

**SIGNED** in West Palm Beach, Florida, this _7_ day of March, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Honorable Bruce E. Reinhart
      Counsel of Record